Louise Gahagan, Respondent, v. Prudential Insurance Company of America, Appellant.

No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

Edith Horowitz, as Administratrix of the Estate of Joseph Horowitz, Deceased, Appellant, v. Max Bandler, Respondent, et al., Defendants.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

Morris Landa, Respondent, v. Lazarus Tarushkin et al., Appellants.—

In our opinion, the defendants' factual showing required the granting of their motion for a new trial on the ground of newly-discovered evidence, and, in any event, the interests of justice require a new trial. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

Isidor Prussack, Appellant, v. Benjamin for Motors, Inc., et al., Respondents.—

No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.